In the Matter of the Judicial Settlement of the Account of Proceedings of Jeanie Corwin Viles, etc., as Administratrix, etc., of B. Ryder Corwin, Deceased.—Motion denied, without costs. Present—Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

In the Matter of Arthur W. Wicksman, an Attorney.— Motion granted. Present— Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

Edward J. Leone, an Infant, etc., Appellant, v. Willard L. Gray and Another, Respondents.— Motion denied, on condition that appellant perfect the appeal, place the case on the January calendar, 1916, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

Rose Meguin, Respondent, v. Mary Buehler and Others, Defendants, Barbara Elsenhans, etc., Appellant.— Motion denied. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

James Murray, etc., Appellant, v. Edward S. Smith and Others, as Executors, etc., and Another, Respondents.— Motion granted, without costs, upon condition that the judgment be entered within three days after the entry of the order. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

Walter S. Newhouse, Appellant and Respondent, v. Schundler & De Sola, Inc., Respondent and Appellant. (Appeal No. 1.) — Motion granted, so that the order may read as follows: Ordered that the order upon reargument, entered on the 19th day of June, 1915, be reversed, with ten dollars costs and disbursements, to the plaintiff, appellant; and the order entered June 19, 1915, on motion for judgment upon demurrers to the answer, be modified by striking out therefrom the word "overruled" in paragraph 3 of said order, and inserting in place thereof the word "allowed." Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

Walter S. Newhouse, Appellant and Respondent, v. Benjamin E. De Sola, Respondent and Appellant. (Appeal No. 2.) — Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

The People of the State of New York, Respondent, v. August Alex, Appellant.— Motion denied. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.